**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**Northern District of Texas**

Case number (if known): _____    Chapter **11**

☐ Check if this is an amended filing

# Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | **V1 Tech, LLC** | |
| **2. All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as names* | | |
| **3. Debtor's federal Employer Identification Number (EIN)** | **4 7 – 3 8 8 2 7 7 8** | |
| **4. Debtor's address** | **Principal place of business** <br><br> **7721 Sand St. Bldg. 10** <br> Number    Street <br> **Fort Worth, TX 76118** <br> City                State    ZIP Code <br><br> **Tarrant** <br> County | **Mailing address, if different from principal place of business** <br><br> _____ <br> Number    Street <br> _____ <br> City                State    ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> _____ <br> Number    Street <br> _____ <br> City                State    ZIP Code |
| **5. Debtor's website (URL)** | **V1tech.com** | |
| **6. Type of debtor** | ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☑ Other. Specify: **LLC** | |

Debtor  **V1 Tech, LLC**_____    Case number *(if known)*_____
   Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. §101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. §781(3))<br>☑ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. §501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes . |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11. *Check all that apply:*<br>   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).<br>   ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>   ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.<br>   ☐ A plan is being filed with this petition.<br>   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes.  District_____ When _____ Case number _____<br>                                                          MM / DD / YYYY<br>            District_____ When _____ Case number _____<br>                                                          MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>☐ Yes.  Debtor_____ Relationship _____<br>            District_____ When _____<br>                                                          MM / DD / YYYY<br>            Case number, if known _____ |

Debtor **V1 Tech, LLC**   Case number *(if known)*
      Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number   Street

_____
City                        State   ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
         Contact name     _____
         Phone            _____

### Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49     ☐ 50-99         ☐ 1,000-5,000    ☐ 5,001-10,000     ☐ 25,001-50,000   ☐ 50,000-100,000
☐ 100-199  ☐ 200-999       ☐ 10,001-25,000                     ☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000              ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion
☑ $100,001-$500,000       ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million    ☐ More than $50 billion

Official Form 201   **Voluntary Petition for Non-Individuals Filing for Bankruptcy**   page **3**

Debtor  **V1 Tech, LLC**                                                                                                                 Case number *(if known)* _____
      Name

| | | |
|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **12/03/2024**
               MM/ DD/ YYYY

X  **/s/ Hassan Alaw**                                                                               **Hassan Alaw**
Signature of authorized representative of debtor                                    Printed name

Title  **Owner**

**18. Signature of attorney**

X  **/s/ Robert T DeMarco**                                         Date  **12/03/2024**
Signature of attorney for debtor                                                       MM/ DD/ YYYY

**Robert T DeMarco**
Printed name

**DeMarco Mitchell, PLLC**
Firm name

**500 N. Central Expressway Suite 500**
Number     Street

**Plano**                                                          **TX**           **75074**
City                                                                State          ZIP Code

**(972) 991-5591**                                              **robert@demarcomitchell.com**
Contact phone                                                    Email address

**24014543**                                                      **TX**
Bar number                                                         State

| Fill in this information to identify the case: |
|---|
| Debtor name       **V1 Tech, LLC** |
| United States Bankruptcy Court for the: **Northern District of Texas** |
| Case number (if known): _____ |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders     12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Retail Capital LLC dba Credibly 1501 W. Fountainhead Pkwy, 630 Tempe, AZ 85282 | | merchant loan | | | | $177,281.00 |
| 2 | Penske 2555 Telegraph Road Bloomfield Hills, MI 48302 | | Vendor | | | | $125,287.39 |
| 3 | American Express PO Box 30384 Salt Lake City, UT 84130 | | credit card | | | | $105,752.00 |
| 4 | Paypal 2211 N. 1st St San Jose, CA 95131 | | merchant loan | | | | $100,340.43 |
| 5 | Square Loan 1955 Broadway Ste. 600 Oakland, CA 94612 | | merchant loan | | | | $90,619.93 |
| 6 | Regal Plastics 9200 N. Royal Ln STE 120 Irving, TX 75063 | | Vendor | | | | $67,824.90 |
| 7 | American Express PO Box 30384 Salt Lake City, UT 84130 | | credit card | | | | $52,389.17 |
| 8 | Shopify 33 New Montgomery St. Ste. 750 San Francisco, CA 94105 | | merchant loan | | | | $40,637.00 |

Debtor **V1 Tech, LLC**                                              Case number *(if known)* _____
                Name

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 9 | Dreamhack<br>1202 Chestnut St.<br>Burbank, CA 91506 | | Vendor | | | | $40,000.00 |
| 10 | ESL Gaming<br>1202 Chesnut St<br>Burbank, CA 91506 | | Booth Space for Shows | | | | $40,000.00 |
| 11 | Licensing Expo/Informa Group PLC<br>3950 Las Vegas Blvd. S<br>Las Vegas, NV 89119 | | Contract | | | | $40,000.00 |
| 12 | Capital One<br>PO Box 60511<br>City of Industry, CA 91716-0511 | | Vendor | | | | $36,155.52 |
| 13 | Charter communications<br>400 Washington Blvd.<br>Stamford, CT 06902 | | services | | | | $34,915.78 |
| 14 | Freeman Group<br>14221 Dallas Pkwy<br>Dallas, TX 75254 | | services | | | | $34,227.00 |
| 15 | Rent<br>2410 Gravel Dr.<br>Fort Worth, TX 76118 | | Vendor | | | | $26,138.00 |
| 16 | Ryder<br>2333 Ponce de Leon Blvd Ste. 700<br>Miami, FL 33134 | | Vendor | | | | $24,617.85 |
| 17 | K&J Strategic Financial<br>7225 N Cedar Road<br>Van Nuys, CA 91405 | | Accounting | | | | $20,000.00 |
| 18 | Merrick Bank GN trailer<br>PO Box 5000<br>Draper, UT 84020 | | Vendor | | | | $20,000.00 |
| 19 | ABF Freight<br>8401 McClure Drive<br>Fort Smith, AR 72916 | | Vendor | | | | $19,276.00 |
| 20 | Uline<br>12575 Uline Drive<br>Pleasant Prairie, WI 53158 | | Vendor | | | | $18,910.85 |

Fill in this information to identify the case:

Debtor name **V1 Tech, LLC**

United States Bankruptcy Court for the: **Northern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 202

### Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑ Other document that requires a declaration **List of Equity Security Holders**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **12/03/2024**
MM/ DD/ YYYY

X **/s/ Hassan Alaw**
Signature of individual signing on behalf of debtor

**Hassan Alaw**
Printed name

**Owner**
Position or relationship to debtor

Official Form B202    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

ABF Freight
8401 McClure Drive
Fort Smith, AR 72916

Allied Plastic Supply, LLC
aka JMS Associates
1701 W Hillsboro Blvd, Suite 302
Deerfield Beach, FL 33442

Ally Bank
PO Box 380902
Minneapolis, MN 55438

Amazon Credit Card
777 Long Ridge Rd.
Stamford, CT 06902

American Express
PO Box 30384
Salt Lake City, UT 84130

Attorney General of Texas
OAG/CSD/Mail Code 38
PO Box 12017
Austin, TX 78711-2017

Attorney General of the
United States
Main Justice Bldg., Rm. 5111
10th & Constitution Ave. N.W.
Washington, DC 20503

BREIT Industrial Canyon
TX1M13, LLC
c/o Link Logistics Real Estate Mgt LLC
90 Park Avenue 32nd Floor
New York, NY 10016

Canon Solutions America, Inc.
12379 Collections center drive
Chicago, IL 60693

Capital One
PO Box 60511
City of Industry, CA 91716-0511

Capital One Auto Finance
8050 Dominion Pkwy.
Plano, TX 75024

CCI
2326 Peters Rd
Irving, TX 75061

Charter communications
400 Washington Blvd.
Stamford, CT 06902

CMYK Engineering
5552 W. Manchester Ave.
Los Angeles, CA 90045

Commercial Collection Corp.
of NY
PO Box 288
Tonawanda, NY 14151-0288

Darrell Garner
1846 E. Rosemeade #396
Carrollton, TX 75007

Darrell L Gardener Services
1846 E Rosemeade #396
Carrollton, TX 75007

Dominic Glover
16510 N 92nd St Unit 1004
Naco, AZ 85620

Dreamhack
1202 Chestnut St.
Burbank, CA 91506

ESL Gaming
1202 Chesnut St
Burbank, CA 91506

Freeman Group
14221 Dallas Pkwy
Dallas, TX 75254

ikkicon
PO Box 92
Pflugerville, TX 78691

Internal Revenue Service
Special Procedures - Insolvency
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service -
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

K&J Strategic Financial
7225 N Cedar Road
Van Nuys, CA 91405

Licensing Expo/ Informa
Group PLC
3950 Las Vegas Blvd S
Dallas, TX 75254

Licensing Expo/Informa
Group PLC
3950 Las Vegas Blvd. S
Las Vegas, NV 89119

Merrick Bank GN trailer
PO Box 5000
Draper, UT 84020

Micro Center/Wells Fargo
420 Montgomery St.
San Francisco, CA 94104

Miguel Couvertier
2736 Westover Cir
San Antonio, TX 78251

Office of the Attorney General
Bankruptcy-Collections Division
Po Box 12548
Austin, TX 78711-2548

Office of the United States Trustee
903 San Jacinto Blvd Ste 230
Austin, TX 78701-2450

Oswald Wallace III
6270 Edgewater Dr Unit 3800
Orlando, FL 32810

Paypal
2211 N. 1st St
San Jose, CA 95131

Penske
2555 Telegraph Road
Bloomfield Hills, MI 48302

Regal Plastics
9200 N. Royal Ln STE 120
Irving, TX 75063

Rent
2410 Gravel Dr.
Fort Worth, TX 76118

Retail Capital LLC
dba Credibly
1501 W. Fountainhead Pkwy, 630
Tempe, AZ 85282

Ryder
2333 Ponce de Leon Blvd Ste. 700
Miami, FL 33134

S&K Management Inc
Attn: Kathy Gregory
2410 Gravel Dr.
Fort Worth, TX 76118


SEC
100 F Street
Washington, DC 20549


Shopify
33 New Montgomery St. Ste. 750
San Francisco, CA 94105


Square Loan
1955 Broadway Ste. 600
Oakland, CA 94612


Texas Alcoholic Beverage Commission
License and Permits Division
Po Box 13127
Austin, TX 78711-3127

Texas Attorney General's Office
Bankruptcy Collection Division
PO Box 12548
Austin, TX 78711-2548

Texas Comptroller of Public Accounts
PO Box 12548, MC-008
Austin, TX 78711-2548


Texas Comptroller of Public Accounts
Bankruptcy Section
Po Box 13528
Austin, TX 78711-3528

Texas Workforce Commission
TEC Building Tax Dept.
101 E. 15th Sreet
Austin, TX 78778

Texas Workforce Commission
TEC Building - Bankruptcy
101 E 15th St
Austin, TX 78778-1442

Truist Bank
P.O. Box 580048
Charlotte, NC 28258-0048

U.S. Dept. of HUD
1600 Throckmorton St
Fort Worth, TX 76113

U.S. Dept. of Veterans Affairs
Regional Office, Finance Section (24)
701 Clay Ave
Waco, TX 76799-0001

U.S. Small Business Administration
4300 Amon Carter Blvd Suite 114
Fort Worth, TX 76155

Uline
12575 Uline Drive
Pleasant Prairie, WI 53158

United States Attorney
110 North College Ave, Ste. 700
Tyler, TX 75702-0204

United States Attorney
110 North College Ave. Ste. 700
Tyler, TX 75702-0204

United States Trustee
110 North College Ave., Ste. 300
Tyler, TX 75702-7231

UPS
55 Glenlake Pkwy
Atlanta, GA 30328

Vshojo, Inc.
251 Little Falls Drive
Wilmington, DE 19808

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE: **V1 Tech, LLC**  CASE NO

CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  **12/03/2024**    Signature    **/s/ Hassan Alaw**
                                     Hassan Alaw, Owner

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:                                                           CHAPTER **11**
**V1 Tech, LLC**

DEBTOR(S)                                     CASE NO

**LIST OF EQUITY SECURITY HOLDERS**

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| **Hassan Alaw** 5813 End o Trail Fort Worth, TX 76112 | owner | | 100 |

**DECLARATION UNDER PENALTY OF PERJURY**
**ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the **Owner** of the **Nonpublic Corporation** named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **12/03/2024**                          Signature: **/s/ Hassan Alaw**
                                                                                 *Hassan Alaw, Owner*