DeMarco•Mitchell, PLLC
Robert T. DeMarco
Michael S. Mitchell
12770 Coit Road, Suite 850
Dallas, TX 75251
**T** 972-991-5591
**F** 972-346-6791

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| IN RE:<br><br>**V1 Tech, LLC**<br>47-3882778<br>7721 Sand St. Bldg. 10<br>Fort Worth, TX 76118<br><br>**Debtor.** | Case No.:    24-44509-ELM-11<br><br>Chapter:    11 |

**DEBTOR'S AMENDED SUBCHAPTER V STATUS REPORT**
**[11 U.S.C. § 1181(c)]**

**TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:**

**COMES NOW V1 Tech LLC**, debtor and debtor in possession in the above-styled and numbered cases ("**Debtor**") and would respectfully show the Court as follows:

### I.    BACKGROUND

1. This bankruptcy case was commenced by the filing of a voluntary petition for relief under Chapter 11 of the Bankruptcy Code on **December 3, 2024** (the "**Petition Date**").

2. Frances Smith has been appointed as the Subchapter V Trustee.

3. The First Meeting of Creditors was held and concluded on **January 8, 2025**.

### II.    DEADLINES

4. Sections 1181-1195 of Title 11 of the United States Code ("**SBRA**") is intended to "streamline the process by which small business debtors reorganize and rehabilitate their financial affairs." Report of Committee on the Judiciary, House of Representatives, Report 116-171, 116th Cong., 1st Sess., on Small Business Reorganization Act of 2019, page 1. As such, there are certain deadlines that must be achieved, which deadlines may be extended only if "the need

for an extension is attributable to circumstances for which the debtor should not justly be held accountable." *See e.g.* 11 U.S.C. §§ 1188(b) (court status conference within 60 days of the petition date), 1188(c) (debtor shall file and serve a report on efforts undertaken to obtain a consensual plan 14 days prior to the § 1188(b) status conference), and 1189(b) (debtor shall file a plan within 90 days of the petition date).

5.      The Court, in accord with the foregoing, filed *Scheduling Order and Notice of Status Conference* thereby establishing the deadline for filing and serving this Report [Docket Entry No. 6].

6.      The Section 1188 and 1189 dates and deadlines are as follows:

Status Conference:     January 29, 2025
Debtor's Report:       January 15, 2025
Plan filing deadline:  March 3, 2025

7.      The deadlines for filing proofs of claim remain unaltered and are as follows:

Deadline for non-governmental entities:    February 11, 2025
Deadline for governmental entities:        June 1, 2025

### III.    OPERATIONS

8.      Debtor's primary source of revenue is derived from creating and selling licensed art premised upon anime characters. Debtor's marketing channels include both the internet and weekend Comicon related shows around the country.

### IV.    OFFER TO ACHIEVE CONSNESUAL PLAN OF REORGANIZATION

9.      One of the objectives of SBRA is to facilitate a consensual plan of reorganization by and between the debtor and her creditors. This Report is filed and served upon all interested parties in an effort to achieve that goal.

## V. PLAN PROPOSAL

10. The following is the Debtor's initial plan proposal for its creditors and is **subject to Federal Rule of Evidence 408**. Debtor anticipates it will be necessary to secure replacement financing on its real property assets or restructure its current obligations with FDRE, Inc., to successfully emerge from chapter 11.

### Summary of Proposed Plan Treatment

**Unclassified Administrative Expense Claims:**

| Type | Estimated Amount | Treatment |
|---|---|---|
| Professional Fees of DeMarco Mitchell, PLLC | $10,000.00 | Monthly, after the effective date, in an amount to be agreed upon. |
| SubV Trustee | $4,500.00 | Monthly, after the effective date, in an amount to be agreed upon. |

**Priority Tax Claims:**

| Description | Estimated Amount | Date Assessed | Treatment |
|---|---|---|---|
| Texas Comptroller | $28,045.15 | Q1 2023 – Q4 2024 | Paid in full with interest at the statutory rate |
| California Department of Tax and Fee Administration | $5,082.00 | | Paid in full with interest at the statutory rate |

**Secured Claims:**

| CLASS | DESCRIPTION | IMPAIRED | METHOD OF PAYMENT | ESTIMATED ALLOWED CLAIM | ESTIMATED DISTRIBUTION |
|---|---|---|---|---|---|
| Class 1A | Secured *Ad Valorem* Tax Claims | YES | If monies are owed, paid in full and amortized over 5 years from the Petition Date at 12% | unknown | unknown |
| Class 1B | Truist Bank | YES | Surrender in full satisfaction of the Claim | $155,182.71 | |

| CLASS | DESCRIPTION | IMPAIRED | METHOD OF PAYMENT | ESTIMATED ALLOWED CLAIM | ESTIMATED DISTRIBUTION |
|---|---|---|---|---|---|
| Class 1C | Ally | YES | Sell or surrender in full satisfaction of the Claim | $18,022.15 Secured | |

**General Unsecured Claims:**

| CLASS | DESCRIPTION | IMPAIRED | METHOD OF PAYMENT | ESTIMATED TOTAL CLAIMS | ESTIMATED DISTRIBUTION |
|---|---|---|---|---|---|
| Class 3 | General Unsecured Claims | YES | n/a | $1,000,000 | Depending on lease situation, distribution could range from $500 per month to $3,000 per month for the first year. Thereafter, an additional $3,000 per month for 4 more years. Estimated dividend of about 20%. |

## VI.    CONCLUSION

The Debtor is asking you to consider the foregoing proposal and provide feedback to facilitate the confirmation of a consensual plan.

Respectfully submitted,

Dated: **January 16, 2025**

*/s/ Robert T. DeMarco*
**DeMarco•Mitchell, PLLC**
Robert T. DeMarco, Texas Bar No. 24014543
Email    robert@demarcomitchell.com
12770 Coit Road, Suite 850
Dallas, TX 75251
T        972-991-5591
F        972-346-6791
***Proposed* Counsel for Debtor and Debtor in Possession**

## CERTIFICATE OF SERVICE

The undersigned counsel herby certifies that true and correct copies of the foregoing pleading and all attachments were served upon all parties listed below in accordance with applicable rules of bankruptcy procedure on this **16th day of January 2025**. Where possible, service was made electronically via the Court's ECF noticing system or via facsimile transmission

where a facsimile number is set forth below. Where such electronic service was not possible, service was made via regular first-class mail.

### DEBTOR

V1 Tech, LLC
7721 Sand St. Bldg. 10
Fort Worth, TX 76118

### TRUSTEES

| Office of the United States Trustee | Frances A. Smith (SBRA V) |
| --- | --- |
| 1100 Commerce Street | Ross & Smith, PC |
| Room 976 | 700 N Pearl St, Suite 1610 |
| Dallas, TX 75202 | Dallas, TX 75201 |
| susan.hersh@usdoj.gov | |

### SEE ATTACHED MATRIX

/s/ Robert T. DeMarco
**DeMarco•Mitchell, PLLC**
Robert T. DeMarco, Texas Bar No. 24014543
**Email**   robert@demarcomitchell.com
Michael S. Mitchell, Texas Bar No. 00788065
**Email**   mike@demarcomitchell.com
12770 Coit Road, Suite 850
Dallas, TX 75251
T        972-991-5591
F        972-346-6791

```
Label Matrix for local noticing          Ally Bank c/o AIS Portfolio Services, LLC    Carrollton-Farmers Branch ISD
0539-4                                   4515 N Santa Fe Ave. Dept. APS               c/o Perdue Brandon Fielder et al
Case 24-44509-elm11                      Oklahoma City, OK 73118-7901                 1919 S. Shiloh Road, Suite 640, LB40
Northern District of Texas                                                            Garland, TX 75042-8234
Ft. Worth
Wed Jan 15 15:06:22 CST 2025

V1 Tech, LLC                             501 W. Tenth Street                          14002 E 21ST ST, SUITE 1500
7721 Sand St. Bldg. 10                   Fort Worth, TX 76102-3637                    ATTN: BANKRUPTCY PMT
Fort Worth, TX 76118-6928                                                             TULSA, OK 74134-1424


ABF Freight                              Allied Plastic Supply, LLC                   Ally Bank
8401 McClure Drive                       aka JMS Associates                           AIS Portfolio Services, LLC
Fort Smith, AR 72916-6031                1701 W Hillsboro Blvd, Suite 302             4515 N Santa Fe Ave. Dept. APS
                                         Deerfield Beach, FL 33442-1576               Oklahoma City, OK 73118-7901


Ally Bank                                Amazon Credit Card                           American Express
PO Box 380902                            777 Long Ridge Rd.                           PO Box 30384
Minneapolis, MN 55438-0902               Stamford, CT 06902-1247                      Salt Lake City, UT 84130-0384


(p)ABF FREIGHT SYSTEM                    Attorney General of Texas                    Attorney General of the United States
PO BOX 10048                             OAG/CSD/Mail Code 38                         Main Justice Bldg., Rm. 5111
FORT SMITH AR 72917-0048                 PO Box 12017                                 10th & Constitution Ave. N.W.
                                         Austin, TX 78711-2017                        Washington, DC 20503-0001


BREIT Industrial Canyon TX1M13, LLC      CCI                                          CMYK Engineering
c/o Link Logistics Real Estate Mgt LLC   2326 Peters Rd                               5552 W. Manchester Ave.
90 Park Avenue 32nd Floor                Irving, TX 75061-5730                        Los Angeles, CA 90045-4440
New York, NY 10016-1316


California Department of Tax and Fee Adminis   Canon Solutions America, Inc.         Capital One
P.O. Box 942879                          12379 Collections center drive               PO Box 60511
Sacramento, CA 94279-0001                Chicago, IL 60693-0001                       City of Industry, CA 91716-0511


Capital One Auto Finance                 Carrollton-Farmers Branch ISD                Charter communications
8050 Dominion Pkwy.                      c/o Perdue Brandon Fielder et al             400 Washington Blvd.
Plano, TX 75024-0100                     1919 S. Shiloh Road, Suite 640, LB 40        Stamford, CT 06902-6641
                                         Garland, TX 75042-8234


Commercial Collection Corp. of NY        Commercial Credit                            Darrell Garner
PO Box 288                               34 Seymour Street                            1846 E. Rosemeade #396
Tonawanda, NY 14151-0288                 Tonawanda, NY 14150-2126                     Carrollton, TX 75007-2637


Darrell L Gardener Services              Dominic Glover                               Dreamhack
1846 E Rosemeade #396                    16510 N 92nd St Unit 1004                    1202 Chestnut St.
Carrollton, TX 75007-2637                Naco, AZ 85620                               Burbank, CA 91506-1627
```

| | | |
|---|---|---|
| ESL Gaming<br>1202 Chesnut St<br>Burbank, CA 91506-1627 | Freeman Group<br>14221 Dallas Pkwy<br>Dallas, TX 75254-2942 | Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Internal Revenue Service<br>Special Procedures - Insolvency<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | K&J Strategic Financial<br>7225 N Cedar Road<br>Van Nuys, CA 91405-5473 | Licensing Expo/ Informa Group PLC<br>3950 Las Vegas Blvd S<br>Dallas, TX 75254 |
| Licensing Expo/Informa Group PLC<br>3950 Las Vegas Blvd. S<br>Las Vegas, NV 89119-1005 | Merrick Bank GN trailer<br>PO Box 5000<br>Draper, UT 84020-5000 | Micro Center/Wells Fargo<br>420 Montgomery St.<br>San Francisco, CA 94104-1207 |
| Miguel Couvertier<br>2736 Westover Cir<br>San Antonio, TX 78251-2248 | Office of the Attorney General<br>Bankruptcy-Collections Division<br>Po Box 12548<br>Austin, TX 78711-2548 | Office of the United States Trustee<br>903 San Jacinto Blvd Ste 230<br>Austin, TX 78701-2450 |
| Oswald Wallace III<br>6270 Edgewater Dr Unit 3800<br>Orlando, FL 32810-4730 | Packaging Source Inc.<br>2601 Network Blvd Suite 440<br>Frisco, TX 75034-3582 | Paypal<br>2211 N. 1st St<br>San Jose, CA 95131-2021 |
| Penske<br>2555 Telegraph Road<br>Bloomfield Hills, MI 48302-0974 | Regal Plastics<br>9200 N. Royal Ln STE 120<br>Irving, TX 75063-2557 | Rent<br>2410 Gravel Dr.<br>Fort Worth, TX 76118-6938 |
| Retail Capital LLC<br>dba Credibly<br>1501 W. Fountainhead Pkwy, 630<br>Tempe, AZ 85282-1857 | Ryder<br>2333 Ponce de Leon Blvd Ste. 700<br>Miami, FL 33134-5427 | S&K Management Inc<br>Attn: Kathy Gregory<br>2410 Gravel Dr.<br>Fort Worth, TX 76118-6938 |
| SEC<br>100 F Street<br>Washington, DC 20549-2001 | (p)SHOPIFY INC<br>100 SHOCKOE SLIP 2ND FLOOR<br>RICHMOND VA 23219-4100 | Square Loan<br>1955 Broadway Ste. 600<br>Oakland, CA 94612-2205 |
| TEXAS WORKFORCE COMMISSION<br>OFFICE OF THE ATTORNEY GENERAL<br>P.O. Box 12548, MC-008<br>AUSTIN, TX  78711-2548 | Texas Alcoholic Beverage Commission<br>License and Permits Division<br>Po Box 13127<br>Austin, TX 78711-3127 | Texas Attorney General's Office<br>Bankruptcy Collection Division<br>PO Box 12548<br>Austin, TX 78711-2548 |
| (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION<br>PO BOX 13528<br>AUSTIN TX 78711-3528 | Texas Comptroller of Public Accounts<br>PO Box 12548, MC-008<br>Austin, TX 78711-2548 | Texas Workforce Commission<br>TEC Building - Bankruptcy<br>101 E 15th St<br>Austin, TX 78778-1442 |

| | | |
|---|---|---|
| Texas Workforce Commission<br>TEC Building Tax Dept.<br>101 E. 15th Sreet<br>Austin, TX 78778-0001 | The Freeman Company, LLC<br>34 Seymour St.<br>Tonawanda, NY 14150-2126 | Truist Bank<br>P.O. Box 580048<br>Charlotte, NC 28258-0048 |
| Truist Bank, Support Services<br>P.O. Box 85092<br>Richmond, VA 23286-0001 | U.S. Dept. of HUD<br>1600 Throckmorton St<br>Fort Worth, TX 76102 | U.S. Dept. of Veterans Affairs<br>Regional Office, Finance Section (24)<br>701 Clay Ave<br>Waco, TX 76799-0001 |
| U.S. Small Business Administration<br>4300 Amon Carter Blvd Suite 114<br>Fort Worth, TX 76155-2652 | UPS<br>55 Glenlake Pkwy<br>Atlanta, GA 30328-3474 | Uline<br>12575 Uline Drive<br>Pleasant Prairie, WI 53158-3686 |
| United States Attorney<br>110 North College Ave, Ste. 700<br>Tyler, TX 75702-0204 | United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 | United States Trustee<br>110 North College Ave., Ste. 300<br>Tyler, TX 75702-7231 |
| Vshojo, Inc.<br>251 Little Falls Drive<br>Wilmington, DE 19808-1674 | ikkicon<br>PO Box 92<br>Pflugerville, TX 78691-0092 | Frances A. Smith (SBRA V)<br>Ross & Smith, PC<br>700 N Pearl St, Suite 1610<br>Dallas, TX 75201-7459 |
| Robert Thomas DeMarco<br>Robert Demarco<br>12770 Coit Road<br>Suite 850<br>Dallas, TX 75251-1364 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| ArcBest, Inc.<br>3801 Old Greenwood Road<br>Fort Smith<br>Fort Smith, AR 72901 | Shopify<br>33 New Montgomery St. Ste. 750<br>San Francisco, CA 94105 | Texas Comptroller of Public Accounts<br>Bankruptcy Section<br>Po Box 13528<br>Austin, TX 78711-3528 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Texas Comptroller of Public Accounts, Reve<br>Jamie Kirk | (d)Ally Bank c/o AIS Portfolio Services, LLC<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | (d)Internal Revenue Service -<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |

(d)United States Attorney
110 North College Ave. Ste. 700
Tyler, TX 75702-0204

End of Label Matrix
Mailable recipients    75
Bypassed recipients     4
Total                  79