**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| IN RE: | Case No.: 24-44509-ELM-11 |
| **V1 Tech, LLC**<br>47-3882778<br>7721 Sand St. Bldg. 10<br>Fort Worth, TX 76118<br>**Debtor.** | Chapter: 11 |

### NOTICE OF EFFECTIVE DATE

**PLEASE TAKE NOTICE** that **V1 Tech, LLC** (the "**Debtor**") confirmed *Debtor's Amended Plan of Reorganization [Dated May 28, 2025]* [Docket Entry No. 60] ("**Plan**") by order entered June 27, 2025 [Docket Entry No. 75] ("**Order**").

**PLEASE TAKE FURTHER NOTICE** of the following important dates/deadlines:

| | |
|---|---|
| **Effective Date** | July 11, 2025 |
| **Deadline to Object to Claims** | October 9, 2025 |
| **Deadline to File Administrative Claim** | October 9, 2025 |

<table>
<tr><td>Dated: <b>July 12, 2025</b></td><td>Respectfully submitted,<br><br><i>/s/ Robert T. DeMarco</i><br><b>DeMarco•Mitchell, PLLC</b><br>Robert T. DeMarco, Texas Bar No. 24014543<br><b>Email</b>   robert@demarcomitchell.com<br>Michael S. Mitchell, Texas Bar No. 00788065<br><b>Email</b>   mike@demarcomitchell.com<br>12770 Coit Road, Suite 850<br>Dallas, TX 75251<br>T       972-991-5591<br>F       972-346-6791<br><b>Counsel for Reorganized Debtor</b></td></tr>
</table>

### CERTIFICATE OF SERVICE

The undersigned counsel herby certifies that true and correct copies of the foregoing pleading and all attachments were served upon all parties listed below in accordance with applicable rules of bankruptcy procedure on this **12th day of July 2025**. Where possible, service was made electronically via the Court's ECF noticing system, email or via facsimile transmission

where an email address or facsimile number is set forth below.  Where such electronic service was not possible, service was made via regular first-class mail.

### DEBTOR

V1 Tech, LLC
7721 Sand St. Bldg. 10
Fort Worth, TX 76118

### TRUSTEES

| Office of the United States Trustee | Frances A. Smith (SBRA V) |
| 1100 Commerce Street | Ross & Smith, PC |
| Room 976 | 700 N Pearl St, Suite 1610 |
| Dallas, TX 75202 | Dallas, TX 75201 |

### SEE ATTACHED MATRIX

/s/ Robert T. DeMarco
**DeMarco•Mitchell, PLLC**
Robert T. DeMarco, Texas Bar No. 24014543
**Email**   robert@demarcomitchell.com
Michael S. Mitchell, Texas Bar No. 00788065
**Email**   mike@demarcomitchell.com
12770 Coit Road, Suite 850
Dallas, TX 75251
T         972-991-5591
F         972-346-6791

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-4<br>Case 24-44509-elm11<br>Northern District of Texas<br>Ft. Worth<br>Sat Jul 12 14:26:57 CDT 2025 | Ally Bank c/o AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Carrollton-Farmers Branch ISD<br>c/o Perdue Brandon Fielder et al<br>1919 S. Shiloh Road, Suite 640, LB40<br>Garland, TX 75042-8234 |
| V1 Tech, LLC<br>7721 Sand St. Bldg. 10<br>Fort Worth, TX 76118-6928 | 501 W. Tenth Street<br>Fort Worth, TX 76102-3637 | 14002 E 21ST ST, SUITE 1500<br>ATTN: BANKRUPTCY PMT<br>TULSA, OK 74134-1424 |
| ABF Freight<br>8401 McClure Drive<br>Fort Smith, AR 72916-6031 | Allied Plastic Supply, LLC<br>aka JMS Associates<br>1701 W Hillsboro Blvd, Suite 302<br>Deerfield Beach, FL 33442-1576 | Ally Bank<br>AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Ally Bank<br>PO Box 380902<br>Minneapolis, MN 55438-0902 | Amazon Credit Card<br>777 Long Ridge Rd.<br>Stamford, CT 06902-1247 | American Express<br>PO Box 30384<br>Salt Lake City, UT 84130-0384 |
| American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | (p)ABF FREIGHT SYSTEM<br>PO BOX 10048<br>FORT SMITH AR 72917-0048 | Attorney General of Texas<br>OAG/CSD/Mail Code 38<br>PO Box 12017<br>Austin, TX 78711-2017 |
| Attorney General of the United States<br>Main Justice Bldg., Rm. 5111<br>10th & Constitution Ave. N.W.<br>Washington, DC 20503-0001 | BREIT Industrial Canyon TX1M13, LLC<br>c/o Link Logistics Real Estate Mgt LLC<br>90 Park Avenue 32nd Floor<br>New York, NY 10016-1316 | CCI<br>2326 Peters Rd<br>Irving, TX 75061-5730 |
| CMYK Engineering<br>5552 W. Manchester Ave.<br>Los Angeles, CA 90045-4440 | California Department of Tax and Fee Adminis<br>P.O. Box 942879<br>Sacramento, CA 94279-0001 | Canon Solutions America, Inc.<br>12379 Collections center drive<br>Chicago, IL 60693-0001 |
| Capital One<br>PO Box 60511<br>City of Industry, CA 91716-0511 | Capital One Auto Finance<br>8050 Dominion Pkwy.<br>Plano, TX 75024-0100 | Carrollton-Farmers Branch ISD<br>c/o Perdue Brandon Fielder et al<br>1919 S. Shiloh Road, Suite 640, LB 40<br>Garland, TX 75042-8234 |
| Charter communications<br>400 Washington Blvd.<br>Stamford, CT 06902-6641 | Commercial Collection Corp. of NY<br>PO Box 288<br>Tonawanda, NY 14151-0288 | Commercial Credit<br>34 Seymour Street<br>Tonawanda, NY 14150-2126 |
| Darrell Garner<br>1846 E. Rosemeade #396<br>Carrollton, TX 75007-2637 | Darrell L Gardener Services<br>1846 E Rosemeade #396<br>Carrollton, TX 75007-2637 | Dominic Glover<br>16510 N 92nd St Unit 1004<br>Scottsdale, AZ 85260-2330 |

| | | |
|---|---|---|
| Dreamhack<br>1202 Chestnut St.<br>Burbank, CA 91506-1627 | ESL Gaming<br>1202 Chestnut St<br>Burbank, CA 91506-1627 | Freeman Group<br>14221 Dallas Pkwy<br>Dallas, TX 75254-2942 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>Special Procedures - Insolvency<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | K&J Strategic Financial<br>7225 N Cedar Road<br>Van Nuys, CA 91405-5473 |
| Licensing Expo/ Informa Group PLC<br>3950 Las Vegas Blvd S<br>Dallas, TX 75254 | Licensing Expo/Informa Group PLC<br>3950 Las Vegas Blvd. S<br>Las Vegas, NV 89119-1005 | Merrick Bank GN trailer<br>PO Box 5000<br>Draper, UT 84020-5000 |
| Micro Center/Wells Fargo<br>420 Montgomery St.<br>San Francisco, CA 94104-1207 | Miguel Couvertier<br>2736 Westover Cir<br>San Antonio, TX 78251-2248 | Office of the Attorney General<br>Bankruptcy-Collections Division<br>Po Box 12548<br>Austin, TX 78711-2548 |
| Office of the United States Trustee<br>903 San Jacinto Blvd Ste 230<br>Austin, TX 78701-2450 | Oswald Wallace III<br>6270 Edgewater Dr Unit 3800<br>Orlando, FL 32810-4730 | Packaging Source Inc.<br>2601 Network Blvd Suite 440<br>Frisco, TX 75034-3582 |
| Paypal<br>2211 N. 1st St<br>San Jose, CA 95131-2021 | Penske<br>2555 Telegraph Road<br>Bloomfield Hills, MI 48302-0974 | (p)PENSKE TRUCK LEASING CO  L P<br>PO BOX 563<br>READING PA 19603-0563 |
| Regal Plastics<br>9200 N. Royal Ln STE 120<br>Irving, TX 75063-2557 | Rent<br>2410 Gravel Dr.<br>Fort Worth, TX 76118-6938 | Retail Capital LLC<br>1501 W Fountainhead Pkwy., Ste 630<br>Tempe, AZ 85282-1857 |
| Retail Capital LLC<br>dba Credibly<br>1501 W. Fountainhead Pkwy, 630<br>Tempe, AZ 85282-1857 | Riverbend Business Park, LLC<br>Barlow Garsek & Simon, LLP<br>c/o Paul J. Vitanza<br>100 Lexington Street, Suite 151<br>Fort Worth, TX 76102-2758 | Ryder<br>2333 Ponce de Leon Blvd Ste. 700<br>Miami, FL 33134-5427 |
| S&K Management Inc<br>Attn: Kathy Gregory<br>2410 Gravel Dr.<br>Fort Worth, TX 76118-6938 | SEC<br>100 F Street<br>Washington, DC 20549-2001 | (p)SHOPIFY INC<br>100 SHOCKOE SLIP 2ND FLOOR<br>RICHMOND VA 23219-4100 |
| Square Financial Services<br>c/o RMS<br>PO Box 5007<br>Fogelsville, PA 18051-5007 | Square Loan<br>1955 Broadway Ste. 600<br>Oakland, CA 94612-2205 | TEXAS WORKFORCE COMMISSION<br>OFFICE OF THE ATTORNEY GENERAL<br>P.O. Box 12548, MC-008<br>AUSTIN, TX  78711-2548 |

| | | |
|---|---|---|
| Texas Alcoholic Beverage Commission<br>License and Permits Division<br>Po Box 13127<br>Austin, TX 78711-3127 | Texas Attorney General's Office<br>Bankruptcy Collection Division<br>PO Box 12548<br>Austin, TX 78711-2548 | (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION<br>PO BOX 13528<br>AUSTIN TX 78711-3528 |
| Texas Comptroller of Public Accounts<br>C/O Office of the Attorney General<br>Bankruptcy - Collections Division MC-008<br>PO Box 12548<br>Austin TX  78711-2548 | Texas Comptroller of Public Accounts<br>PO Box 12548, MC-008<br>Austin, TX 78711-2548 | Texas Workforce Commission<br>TEC Building - Bankruptcy<br>101 E 15th St<br>Austin, TX 78778-1442 |
| Texas Workforce Commission<br>TEC Building Tax Dept.<br>101 E. 15th Sreet<br>Austin, TX 78778-0001 | The Freeman Company, LLC<br>34 Seymour St.<br>Tonawanda, NY 14150-2126 | Truist Bank<br>P.O. Box 580048<br>Charlotte, NC 28258-0048 |
| Truist Bank, Support Services<br>P.O. Box 85092<br>Richmond, VA 23286-0001 | U.S. Dept. of HUD<br>1600 Throckmorton St<br>Fort Worth, TX 76102 | U.S. Dept. of Veterans Affairs<br>Regional Office, Finance Section (24)<br>701 Clay Ave<br>Waco, TX 76799-0001 |
| U.S. Small Business Administration<br>4300 Amon Carter Blvd Suite 114<br>Fort Worth, TX 76155-2652 | UPS<br>55 Glenlake Pkwy<br>Atlanta, GA 30328-3474 | Uline<br>12575 Uline Drive<br>Pleasant Prairie, WI 53158-3686 |
| United Parcel Service<br>2055 Army Trail Rd<br>Suite 128<br>IL<br>Addison, IL 60101-1478 | United States Attorney<br>110 North College Ave, Ste. 700<br>Tyler, TX 75702-0204 | United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 |
| United States Trustee<br>110 North College Ave., Ste. 300<br>Tyler, TX 75702-7231 | Vshojo, Inc.<br>251 Little Falls Drive<br>Wilmington, DE 19808-1674 | ikkicon<br>PO Box 92<br>Pflugerville, TX 78691-0092 |
| Frances A. Smith (SBRA V)<br>Ross & Smith, PC<br>700 N Pearl St, Suite 1610<br>Dallas, TX 75201-7459 | Robert Thomas DeMarco<br>Robert Demarco<br>12770 Coit Road<br>Suite 850<br>Dallas, TX 75251-1364 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| ArcBest, Inc.<br>3801 Old Greenwood Road<br>Fort Smith<br>Fort Smith, AR 72901 | Penske Truck Leasing Co., L.P.<br>PO Box 563<br>Reading,  19603 | Shopify<br>33 New Montgomery St. Ste. 750<br>San Francisco, CA 94105 |

Texas Comptroller of Public Accounts
Bankruptcy Section
Po Box 13528
Austin, TX 78711-3528

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)DeMarco-Mitchell, PLLC

(u)Riverbend Business Park, LLC
2410 Gravel Drive
Fort Worth

(u)Texas Comptroller of Public Accounts, Reve
Jamie Kirk

(d)Ally Bank c/o AIS Portfolio Services, LLC
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

(d)Internal Revenue Service -
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

(d)United States Attorney
110 North College Ave. Ste. 700
Tyler, TX 75702-0204

End of Label Matrix
Mailable recipients    82
Bypassed recipients     6
Total                  88