

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed October 15, 2025**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| IN RE: | Case No.: | 24-44509-ELM-11 |
|---|---|---|
| **V1 Tech, LLC**<br>47-3882778<br>7721 Sand St. Bldg. 10<br>Fort Worth, TX 76118 | Chapter: | 11 |
| **Debtor.** | | |

### ORDER GRANTING APPLICATION FOR FINAL DECREE AND CLOSING CASE

Came on to be heard before the Court, the *Post Confirmation Report and Application for Final Decree* ("**Application**") filed by **V1 Tech, LLC** ("**Reorganized Debtor**"). Upon consideration of the Application, and upon the record thereon, the Court finds: (1) this Court has jurisdiction pursuant to 28 U.S.C. §1334 and that this matter is a core proceeding as defined in 28 U.S.C. §157(b); (2) notice of the Motion was proper and adequate, and that no other or further notice is necessary; and (3) the relief requested in the Motion is in the best interest of the bankruptcy

estate and all interested parties.  After due deliberation thereon, there being good and sufficient cause, and there being no opposition filed in response, it is

**HEREBY ORDERED THAT:**

1. The Application is granted as set forth herein.

2. The above entitled and numbered case is hereby closed.

### ### END OF ORDER ###

**ORDER SUBMITTED BY:**

*/s/ Robert T. DeMarco*
**DeMarco•Mitchell, PLLC**
Robert T. DeMarco, Texas Bar No. 24014543
**Email**    robert@demarcomitchell.com
Michael S. Mitchell, Texas Bar No. 00788065
**Email**    mike@demarcomitchell.com
12770 Coit Road, Suite 850
Dallas, TX 75251
T  972-991-5591
F  972-346-6791
**Counsel for Reorganized Debtor**